IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CODY LEE FULGHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-223-WKW |
| | ) | [WO] |
| JUDGE BENJAMIN LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge (Doc. # 4) to which no timely objections have been filed. Based upon an independent review of the record, it is ORDERED as follows:

1. The Recommendation (Doc. # 4) is ADOPTED.

2. To the extent Fulgham seeks issuance of mandamus relief against Judge Benjamin Lewis, the petition for writ of mandamus is DENIED.

3. Fulgham's request for monetary damages from Judge Benjamin Lewis for actions undertaken in pending state criminal cases is DISMISSED with prejudice.

4. This action is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 30th day of May, 2017.

                                        /s/ W. Keith Watkins
                       CHIEF UNITED STATES DISTRICT JUDGE